1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9

10 | KIMBERLY HENDRICKSEN | Civil No. 2:20-CV-01198-MAT
*On Behalf Of*
J.J., A MINOR CHILD,

11

Plaintiff, | ORDER

12

vs.

13

COMMISSIONER OF SOCIAL SECURITY,

14

Defendant.

15

16       Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

in regard to Plaintiff's application for supplemental security income under Title XVI of the

17

Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security

18

for a new hearing and a decision by an administrative law judge (ALJ).  On remand, the ALJ

19

will:

20

• Update the record and reevaluate the medical evidence, including Exhibit 18F;

21

• Reconsider the claimant's impairments at step two, including autism spectrum

22

disorder;

23

24

Page 1       ORDER - [2:20-CV-01198-MAT]

- As necessary, call on the services of a medical expert to review the entire medical file, including Exhibit 18F; and

- Proceed with the sequential evaluation for children, reconsidering any other evidence as necessary.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.


DATED this 21st day of July, 2021.


_____
MARY ALICE THEILER
United States Magistrate Judge


Presented by:

s/ Sarah L. Martin
_____
SARAH L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3705
Fax:  (206) 615-2531
sarah.l.martin@ssa.gov

Page 2        ORDER - [2:20-CV-01198-MAT]